UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 SEP 26 P 4: 23
U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES OF AMERICA : 

v. : CRIMINAL NO. 3:03CR00058(JCH)

JEFFERY GAUTRAU:

## ORDER AMENDING CONDITIONS OF PROBATION

The above-named defendant was sentenced on December 4, 2002, by the Honorable Alfred M. Wolin, Senior United States District Judge, in the District of New Jersey to five (5) years' probation following his guilty plea to the charges of Interstate Travel for the Purpose of Engaging in a Sexual Act with a Minor, and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2423(b) and 2252A(a)(5)(B). On December 4, 2002, Mr. Gautrau began his term of probation with the imposed standard conditions and the special conditions as follows:

(1) The defendant is to be confined to his residence on electronic monitoring for six months and pay for the costs of electronic monitoring; (2) The defendant shall not possess, procure, purchase or otherwise obtain access to any form of computer network, bulletin board, internet, or exchange format involving computers unless specifically approved by the U.S. Probation Office. Any dispute as to the applicability of this condition shall be decided by the court; (3) The defendant shall refrain from the use of illegal possession and/or use of drugs and submit to urinalysis to ensure compliance. The defendant shall submit to drug treatment if directed by the U.S. Probation Office; (4) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns; (5) The defendant shall participate in a mental health program for evaluation and treatment if directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office; and, (6) The defendant shall pay a fine of $6,000 in monthly installments of no less than $200.

On February 4, 2003, the jurisdiction in Mr. Gautrau's case was transferred to the District of Connecticut and assigned to the Honorable Janet C. Hall, U.S. District Judge. Supervision is scheduled to terminate on December 3, 2007.

On September 26, 2006, during a compliance hearing requested by the probation office, the defendant provided sworn testimony that he was in compliance with the instructions provided by the probation officer to resign from his position as an official for youth sports activities in October 2005. The Court found that there was no basis to the allegation of noncompliance in that the defendant allegedly continued to officiate youth sports activities since that time. The Court amended the conditions of supervision to conform to the original conditions to the customary conditions of the Court,

NOW, THEREFORE, IT IS THE COURT'S FINDING that the conditions of supervision are to be amended as follows: 1) The defendant shall complete at least two maintenance polygraph tests prior to his discharge from probation. The defendant shall pay all, or a portion of the cost associated with sex offender treatment, based on the defendant's ability to pay as determined by the probation officer; and 2) The defendant shall not officiate any youth sporting activities for children and teenagers ages 18 and younger.

Signed this 26th day of September, 2006 at Bridgeport, Connecticut.

The Honorable Janet C. Hall
United States District Judge