AO 458 (Rev. 5/85) Appearance



# United States District Court

_____DISTRICT OF CONNECTICUT_____

| | |
|---|---|
| USA | APPEARANCE |
| V. | |
| JEFFREY GAUTRAU | CASE NUMBER: 3:03CR00058 (JCH) |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant, Jeffrey Gautrau in the above matter.

September 26, 2006
*Date*

*Signature*

Stephen F. Donahue
*Print Name*

Kleban & Samor, P.C.
2425 Post Road
*Address*
Southport,    CT    06490
*City*    *State*    *Zip Code*

(203) 254-8972
*Phone Number*

(ct 05857)
*Federal Juris No.*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been hand delivered, this 26th day of September 2006, to:

United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stephen P. Donahue