# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFREY GAUTRAU

Docket No. 3:03CR00058(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JEFFREY GAUTRAU who was sentenced for a violation of 18 U.S.C. § 2423(b), Interstate Travel for the Purpose of Engaging in a Sexual Act with a Minor and 18 U.S.C. § 2252(a)((5)(B), Wilfully Possess Videotapes and Photographs of Child Pornography by the Honorable Alfred M. Wolin, Senior U.S. District Judge for the District of New Jersey on December 4, 2002, who fixed the period of supervision at five years' probation, which commenced on December 4, 2002 and imposed the general terms and conditions theretofore adopted by the court with the following special conditions: The defendant is to be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times, except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.49 per day; The defendant shall not possess, procure, purchase or otherwise obtain access to any form of computer network, bulletin board, Internet, or exchange format involving computers unless specifically approved by the U.S. Probation Office. Any dispute as to the applicability of this condition shall be decided by the Court; the defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office; the defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; the defendant shall participate in a mental health program for evaluation and/or treatment if directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office; and, the defendant shall pay a fine of $6,000; $3,000 on each of Counts One and Two. This fine is due immediately; however, if not paid in full, the defendant shall satisfy the amount due in monthly installments of no less than $200. On February 4, 2003, a transfer of jurisdiction was completed to the District of Connecticut and the case was assigned to the Honorable Janet C. Hall, U.S. District Judge. Supervision is scheduled to terminate on December 3, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Standard Condition: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." On September 20, 2006, the U.S. Probation Office received information indicating that Mr. Gautrau has participated as an umpire for Little League games, contrary to instructions from the Probation Office to resign completely from any officiating position involving sports for minors.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing JEFFREY GAUTRAU to appear before this court at Bridgeport, Connecticut on Tuesday, September 26, 2006 at 10 a.m. for a compliance hearing.

**ORDER OF COURT**
Considered and ordered this 21st day of September, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Brendon M. Pierpaoli
United States Probation Officer

Place Bridgeport, Connecticut
Date 9/21/06

Before me, the Honorable Janet C. Hall, United States District Judge, on this 21st day of September, 2006 at Bridgeport, Connecticut, U.S. Probation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge